**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Antonio U. Johnson,                                                 Civil No. 07-1316 (DWF/AJB)

           Plaintiff,

v.                                                                             **ORDER**

State of Minnesota,

           Defendant.

---

Antonio U. Johnson, *Pro Se*, Plaintiff.

---

This matter is before the Court upon Plaintiff's self-styled "Case Study" filed on March 12, 2007 (Doc. No. 6) in response to Magistrate Judge Arthur J. Boylan's Report and Recommendation dated February 28, 2007, recommending that: (1) Plaintiff's Application to Proceed Without Prepayment of Fees be denied; and (2) that this action be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii).

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1.  Plaintiff's self-styled "Case Study" (Doc. No. 6) in response to Magistrate Judge Arthur J. Boylan's Report and Recommendation dated February 28, 2007, is **DENIED**.

2.  Magistrate Judge Arthur J. Boylan's Report and Recommendation dated February 28, 2007 (Doc. No. 4), is **ADOPTED**.

3.  Plaintiff's Application to Proceed Without Prepayment of Fees, (Doc. No. 2), is **DENIED**; and

4.  This action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii).

Dated: May 1, 2007            s/Donovan W. Frank
                              DONOVAN W. FRANK
                              Judge of United States District Court